No. 75–117. Ross ET AL. v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 75–126. PODELL v. UNITED STATES; and

No. 75–128. MILLER v. UNITED STATES. C. A. 2d Cir. Certiorari denied. Reported below: 519 F. 2d 144.

No. 75–143. DUBOFF v. UNITED STATES; and

No. 75–146. DEUTSCH v. UNITED STATES. C. A. 2d Cir. Certiorari denied. Reported below: 518 F. 2d 727.

No. 75–153. LAND O'LAKES, INC., FORMERLY LAND O'LAKES CREAMERIES, INC. v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 75–154. WEBB v. UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 75–160. HAMMONDS v. NEW JERSEY. Super. Ct. N. J. Certiorari denied.

No. 75–166. FIDELITY TELEVISION, INC. v. FEDERAL COMMUNICATIONS COMMISSION ET AL. C. A. D. C. Cir. Certiorari denied.

No. 75–173. MACDONALD v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 75–175. GRIFFITH v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 75–187. KELLY v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 75–217. SPAGANLO ET AL. v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 75–237. COBB v. UNITED STATES ET AL. C. A. 6th Cir. Certiorari denied.